# United States Court of Appeals for the Federal Circuit

ERRATUM

February 2, 2007

Appeal No. 06-1055

Precedential Opinion, <u>Richlin Security Service Company v. Michael Chertoff, Secretary of Homeland Security</u>

Decided:     December 26, 2006

On pages 2, 3 and 5, replace the citation to "<u>Richlin Sec. Serv. Co.</u>, DOTBCA No. 3034E and 3035E, 04-2 BCA ¶ 32,789 (2005)" with "<u>Richlin Sec. Serv. Co.</u>, DOTBCA No. 3034E and 3035E, 05-2 BCA ¶ 33,021 (2005)"